UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Deborah D. Fletcher, | ) |
|---|---|
| Plaintiff, | ) Case: 1:17-cv-00691 (F-Deck) |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 4/18/2017 |
| Donnell Fletcher, | ) Description: Pro Se Gen. Civil |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" if it determines that subject matter jurisdiction is wanting).

Plaintiff has submitted a Complaint described as a suit to "Perpetate [sic] Testimony/Evidence." Compl. at 1. Plaintiff makes disturbing allegations against the lone defendant, who is listed as residing in Landover, Maryland. The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

1

The complaint's allegations do not present a federal question, and plaintiff has not pled an amount in controversy to satisfy diversity jurisdiction. Hence, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: April ___, 2017

_____
United States District Judge
J. Boasberg